This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**G&C ENTERTAINMENT, LLC, a**
**New Mexico limited liability company;**
**GEORGE CATALOIU, an individual,**
**and CHAD ALADOUD, an individual,**

      Plaintiffs/Counter-Defendants/
      Third Party Defendants/Appellees,

v.                                    **NO. 30,618**

**HEADSTART ENTERPRISES LIMITED**
**PARTNERSHIP, a New Mexico limited**
**partnership; and JAMES P. GUTHRIE, an**
**individual,**

      Defendants/Counter-Plaintiffs/
      Third Party Plaintiffs/Appellants.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Ted C. Baca, District Judge**

Richard Leverick
Albuquerque, NM

for Appellees

Rammelkamp, Muehlenweg, & Cordova, P.A.
Robert J. Muehlenweg
Elizabeth A. Heaphy

Michelle A. Hironaka

Albuquerque, NM

for Appellants

**MEMORANDUM OPINION**

**CASTILLO, Chief Judge.**

Summary affirmance in part and reversal in part was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary affirmance in part and reversal in part has been filed, and the time for doing so has expired.

Affirmed in part, reversed in part.

**IT IS SO ORDERED.**

_____
**CELIA FOY CASTILLO, Chief Judge**

**WE CONCUR:**

_____
**JONATHAN B. SUTIN, Judge**

_____
**MICHAEL E. VIGIL, Judge**